Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge Edward J. Davila*
DATED: 6/16/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| BETTY GRAHAM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>　　　　Defendants. | Federal Case No.: 5:16-CV-02161 EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FORD MOTOR CREDIT COMPANY, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Betty Graham, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Ford Motor Credit Company, LLC, as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

　　(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　(1) a notice of dismissal before the opposing party serves either an answer

1                                   or a motion for summary judgment.

2         Defendant Ford Motor Credit Company, LLC, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: June 13, 2016                         Sagaria Law, P.C.

                                    By:    */s/ Elliot W. Gale*
                                                Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Betty Graham

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FORD MOTOR CREDIT COMPANY, LLC