1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                   UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12 | BETTY GRAHAM,                              | Federal Case No.: 5:16-CV-02161-EJD |
   |                                             |                                     |
13 |         Plaintiff,                          |                                     |
   |                                             |                                     |
14 |   vs.                                       | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |
15 | EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., |                                  |
16 |         Defendants.                         |                                     |

17

18 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19     IT IS HEREBY STIPULATED by and between plaintiff Betty Graham and defendant

20 Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal

21 Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees

22 and costs.

23 //

24 //

25 //

26 //

27 //

28 //

1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: June 28, 2016 | Sagaria Law, P.C. |
| 2 | | By: _/s/ Elliot W. Gale_ |
| 3 | | Elliot W. Gale |
| 4 | | Attorneys for Plaintiff<br>Betty Graham |
| 5 | | |
| 6 | DATED: June 28, 2016 | Nokes & Quinn |
| 7 | | |
| 8 | | By: _/s/Thomas P. Quinn, Jr._ |
| 9 | | Thomas P. Quinn, Jr.<br>Attorneys for Defendant |
| 10 | | Equifax, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____         _____
                                EDWARD J. DAVILA
                                UNITED STATES DISTRICT JUDGE